UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BULMARO HUITRAN-BARRON,<br><br>Movant,<br><br>v.<br><br>UNITED STATES,<br><br>Respondent. | Civil Case No. 4:17-cv-00299-BLW<br><br>**ORDER APPOINTING COUNSEL** |

Rule 8(c) of the Rules Governing Section 2255 proceedings requires this Court to appoint counsel for an indigent defendant if an evidentiary hearing is warranted.[1] This Court previously concluded that an evidentiary hearing is warranted, and that hearing is now scheduled for October 30, 2019. *See* Dkts. 16, 18. Defendant previously completed a financial affidavit showing he is indigent,

---

[1] That rule provides: "Appointing Counsel; Time of Hearing. If an evidentiary hearing is warranted, the judge must appoint an attorney to represent a petitioner who qualifies to have counsel appointed under 18 U.S.C. § 3006A. The judge must conduct the hearing as soon as practicable after giving the attorneys adequate time to investigate and prepare. These rules do not limit the appointment of counsel under § 3006A at any stage of the proceeding."

*see Crim. Dkt. 10*, and he has been incarcerated since the time he completed that affidavit. The Court therefore concludes that the defendant is indigent and will order that counsel be appointed.

Accordingly,

**IT IS ORDERED that:**

(1) Defendant shall be represented by counsel at the October 30, 2019 evidentiary hearing.

(2) The Clerk is directed to locate CJA counsel, who will represent defendant at the evidentiary hearing only.

DATED: October 2, 2019

_____
B. Lynn Winmill
U.S. District Court Judge